## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | NO. 1:06-CR-220 |
| v. | : | (JUDGE MANNION) |
| **PAUL A. BUTLER,** | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The petitioner's motion to vacate, set aside, or correct sentence filed pursuant to 28 U.S.C. §2255 **(Doc. 61)** is **DENIED**.

**(2)** A certificate of appealability pursuant to 28 U.S.C. §2253 **SHALL NOT ISSUE**.

**(3)** The petitioner' motion requesting expedited consideration of his §2255 motion **(Doc. 68)** is **DISMISSED AS MOOT**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

DATE: May 18, 2021
06-220-01